685 A.2d 1389

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee,

v.

TOWNSHIP OF FORWARD, Forward Township Sanitary Sewage Authority, Elizabeth Township, Sanitary Authority of Elizabeth Township, Elizabeth Borough, Elizabeth Borough Municipal Authority,

Appeal of TOWNSHIP OF FORWARD.

No. 123 Middle District Appeal Docket 1996.

Supreme Court of Pennsylvania.

Nov. 27, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of November, 1996, the direct appeal is quashed.

ZAPPALA, J., did not participate in the consideration or decision of this matter.